1 | Susan St. Vincent
Acting Legal Officer
2 | NATIONAL PARK SERVICE
Law Enforcement Office
3 | P.O. Box 517
Yosemite, California 95389
4 | Telephone: 209-372-0243 1

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES GOVERNMENT,       )     CASE NUMBER:6:09-mj-0134-MJS
                                 )
10 |            Plaintiff          )
                                 )     Stipulation to vacate
11 |      vs.                      )     review hearing, set a
                                 )     review hearing date; and
12 |                              )     Order thereon
GUADALUPE ALCANTAR,              )
13 |                              )
             Defendant           )
14 | _____)

15

16 |      The defendant having provided proof of compliance with

17 | conditions of probation to date including attendance in an

18 | alcohol treatment program and payment of the fine, IT IS HEREBY

19 | STIPULATED by and between Susan St. Vincent, acting Legal Officer

20 | for the National Park Service and Defendant, Guadalupe Alcantar,

21 | and her Attorney of record, Jonathan Jeffress, that the review

22 | hearing in the above-captioned matter currently scheduled for

23 | July 13,2010, be vacated and a review hearing set for January 11,

24 | 2011.

25

26 | Dated: August 3, 2010        By: /S/ Susan St. Vincent
                                    SUSAN ST. VINCENT
27 |                                 Acting Legal Officer for
                                    National Park Service
28

Dated: August 3, 2010              By: /s/Jonathan Jeffress

                                       Jonathan Jeffress
                                       Attorney for Defendant
                                       GUADALUPE ALCANTAR


**\* \* \* ORDER \* \* \***

     The Court, having reviewed the above request to vacate the
review hearing currently set for July 13, 2010 and set a new
review hearing date for January 11, 2011, HEREBY ORDERS AS
FOLLOWS:

     1.    The review hearing in the matter of U.S. v. Alcantar,
           currently set for July 13, 2010 is vacated.

     2.    A review hearing is scheduled for January 11, 2011.


IT IS SO ORDERED.

Dated:    August 3, 2010              /s/ Michael J. Seng
                                      UNITED STATES MAGISTRATE JUDGE